LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
**BURNHAM BROWN**
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
---
Telephone: (775) 398-3065
Facsimile: (877) 648-5288
Email: lrivera@burnhambrown.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC. (Erroneously sued herein as
THE HOME DEPOT, INC., a foreign profit corporation)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY SWIFT, individually,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., a foreign profit corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01188-MDD PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the above-captioned action be dismissed with prejudice, each party to

///
///
///
///
///
///
///
///
///

bear its own attorney's fees, costs and related expenses.

DATED: November 9, 2018

BURNHAM BROWN

/s/ Lynn V. Rivera
LYNN V. RIVERA
Nevada Bar No. 6797
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: November 9, 2018

THE POWELL LAW FIRM

/s/ Michael A. Kristof
MICHAEL A. KRISTOF
Nevada Bar No. 7488
6785 W. Russell Road, Suite 210
Las Vegas, NV 89118
Attorneys for Plaintiff
TRACEY SWIFT

IT IS SO ORDERED.

DATED: November 9, 2018

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

*Tracey Swift v. The Home Depot, Inc., et al.*
*United States District Court, District of Nevada Case No. 2:18-cv-01188-MDD-PAL*

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Burnham Brown, and that on this date, I caused the foregoing:

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

to be served on all parties to this action by:

BY E-FILING (USDC-DISTRICT OF NEVADA):  I caused such document to be sent electronically to the court; electronic filing constitutes service upon the parties who have consented to electronic service.

| | |
|---|---|
| Paul D. Powell<br>Michael A. Kristof<br>THE POWELL LAW FIRM<br>6785 W. Russell Road, Suite 210<br>Las Vegas, NV, 89118<br>T- (702) 728-5500<br>F- (702) 728-5501<br>Email: paul@tplf.com<br>        mkristof@tplf.com | Attorneys for Plaintiff<br>TRACEY SWIFT |

Dated:   November 9, 2018                    /s/ Noelle Duncan
                                             Noelle Duncan, an Employee of Burnham Brown

4831-6278-9753, v. 1